PORTELA, DEMANDANTE Y APELANTE, *v.* VIERA, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Humacao en procedimiento de *injunction*. Moción sobre desestimación de apelación.

No. 2932.—Resuelto en enero 22, 1923.

DESESTIMACIÓN DE APELACIÓN—TÉRMINO PARA RADICAR LA TRANSCRIPCIÓN—NOTIFICACIÓN DE LA MOCIÓN PARA DESESTIMAR.—En el presente caso la moción pidiendo la desestimación del recurso por no haberse radicado en tiempo la transcripción fué notificada al apelante en diciembre 30, 1922, y radicada el 2 de enero de 1923. Alegando que la transcripción fué radicada en esta última fecha, el apelante impugnó la moción invocando la sección 58 del reglamento del Tribunal Supremo. *Se resolvió:* que no es la fecha del archivo de la moción sino la de la notificación de la misma la que debe considerarse, por lo que, en ausencia de causas suficientes para inclinar al Tribunal Supremo a ejercer su discreción en sentido contrario, la desestimación. debe decretarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. F. González, Jr.*

Abogados del apelado: *Sres. F. Cervoni y F. Piñero.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Se solicita la desestimación de la apelación por no haberse elevado en tiempo la transcripción de los autos.

La sentencia apelada se dictó el 29 de agosto de 1921. El 8 de septiembre siguiente se estableció el recurso y fueron luego concediéndose prórrogas al taquígrafo para preparar la transcripción de la evidencia hasta que la última venció en diciembre de 1922 sin que la transcripción se presentara ni se solicitara nueva prórroga para ello.

La moción de desestimación tiene fecha 30 de diciembre de 1922 y fué archivada en la secretaría de esta corte el día 2 de enero de 1923. Al pie de la misma consta que fué notificada al apelante el 30 de diciembre de 1922.

En el acto de la vista de la moción, el abogado de la parte apelante alegó que la transcripción se había archivado el propio día 2 de enero de 1923 e invocó en su favor la regla 58 del reglamento de esta corte, que dice:

"58. Si la copia de los autos, no fuere presentada dentro del término prescrito, puede desestimarse la apelación al hacerse una moción en tal sentido previa notificación de la misma. Si la copia de los autos, ha sido presentada a la fecha en que se haga tal notificación, este hecho constituirá una contestación eficaz a la referida moción, aun en el caso de que dicha copia no se hubiere presentado dentro del término prescrito."

Es un hecho cierto que una transcripción contentiva del legajo de la sentencia fué archivada por el apelante el 2 de enero de 1923, pero, de acuerdo con la letra de la regla, no es la fecha del archivo de la moción, sino la de la notificación de la misma la que debe considerarse.

Siendo esto así, no favorece el precepto reglamentario invocado a la parte apelante, pues cuando la moción fué notificada aun no se había archivado la transcripción.

No existiendo ninguna otra causa que pudiera servir de base al tribunal para ejercitar su discreción en sentido con-

trario, atendidas todas las circunstancias concurrentes, debe declararse con lugar la moción y desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey, Hutchison y Franco Soto.